UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Crystal Dorraine Mann ) | Chapter 7 |
| ) | Case No 18-40312-ACS |
| _____Debtor(s)_____ ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M)**

THIS action came before the Court upon the Trustee's *Motion To Sell Real Property Free And Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m)* (the "Sale Motion"), by which Mark R. Little (the "Trustee"), Chapter 7 Trustee for the above-referenced debtor ("Debtor"), seeks authority to sell, free and clear of all liens, encumbrances, and interests, certain real property owned by Debtors, commonly known 1248 Glengary Way, Henderson, Kentucky 42420 (the "Property").

For the reasons set forth in the Sale Motion the Trustee has demonstrated that the sale of the Property on the terms contained in the Sale Motion is in the best interests of the Debtor's estate. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The relief requested in the Sale Motion is **GRANTED** and the sale of the Property by the Trustee pursuant to 363(b), (f) and (m) free and clear of all liens, claims, encumbrances, and interests, using the services of BKRES and Listing Agent, is hereby **APPROVED**, subject to the terms and conditions herein.

2. Notice of the Sale Motion was proper, and no objections timely filed. Thus, to the extent any creditor (other than the Secured Creditor) asserts an interest or secured claim

against the Property, such creditor is deemed to have consented to entry of this Order, and such creditor's claim shall not be a secured claim. To the extent any creditor asserts a claim against the Property (i.e., junior lienholders), such creditor shall be entitled to file a proof of claim pursuant to F.R.B.P. Rule 3002(c)(3).

      3.    Except as provided in the Sale Documents, upon the Closing Date the Property shall be transferred to the Buyer free and clear of all encumbrances arising prior to the Closing Date or arising from or relating to acts occurring prior to the Closing Date, and any such substantiated interest, claims, liens or encumbrances, if any, shall be deemed general unsecured claims. Liens shall attach to the proceeds in the same priority as they currently attach to the subject property.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: June 8, 2021

Prepared By:

/s/ Mark Little
Mark Little, Trustee
1917 Versnick Drive
Madisonville, Kentucky 42431
(270) 821-0110
trustee_@littlelawky.com